UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jill Badyrka,<br><br>                    Plaintiff,<br>v.<br><br>Ace Debt Recovery, and DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.: 3:10-cv-00405-CSH |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AGAINST ACE DEBT RECOVERY PURSUANT TO RULE 41(a)**

Plaintiff, Jill Badyrka, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action against Ace Debt Recovery, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 6, 2010

Respectfully submitted,

By: ___/s/ Sergei Lemberg___
Sergei Lemberg, Esq. (Bar No. 425027)
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2010, I electronically filed the foregoing with the Clerk of the District Court District of Connecticut using the CM/ECF system:

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq.